UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00528-FDW-DSC

| | |
|---|---|
| JONTE BARNETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WINDSTREAM COMMUNICATIONS, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) | ORDER |

THIS MATTER is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. No. 9).

The Court has reviewed the instant Motion, the Settlement Agreement (Doc. No. 9-1), and the record. The Court has also considered the stage of the proceedings, the absence of fraud or collusion in the settlement, the experience of Plaintiff's counsel, and the probability of Plaintiff's success on the merits. Based on its review of the foregoing and the totality of the circumstances, the Court determines the terms of the settlement of this litigation are fair and reasonable, including the amounts paid to Plaintiff, as well as the reimbursement of costs paid to her attorney.

Accordingly, the Court APPROVES the settlement and GRANTS the Joint Motion for Approval of Settlement (Doc. No. 9).

IT IS SO ORDERED.

Signed: April 16, 2018

Frank D. Whitney
Chief United States District Judge